UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMON HARRINGTON,

    Plaintiff,

vs.

                                    Case No. 8:17-cv-00249-JSM-AAS

CREDIT PROTECTION ASSOCIATION, L.P.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, CREDIT PROTECTON ASSOCIATION, L.P., hereby gives notice that the parties have reached an amicable resolution and settlement is pending in this matter, subject to preparation and execution of the necessary closing documents and completion of the parties' obligations thereto.  The pending settlement will be a complete resolution of all claims asserted by Plaintiff, SIMON HARRINGTON, against CREDIT PROTECTION ASSOCIATION, L.P.  It is anticipated that a stipulation of dismissal will be filed within thirty (30) days from the date of this notice.  Plaintiff's counsel agrees to the filing of this Notice.

    DATED:     December 29, 2017

**[REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK]**

Case No. 8:17-cv-00249-JSM-AAS

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brian L. Shrader, Esq. bshrader@centroneshrader.com and Gus M. Centrone, Esq. gcentrone@centroneshrader.com, Centrone & Shrader, PLLC, 612 West Bay Street, Tampa, Florida 33606.

    s/ Ruel W. Smith
Ruel W. Smith
Florida Bar No. 36548
rsmith@hinshawlaw.com
Andrew J. J. Collinson
Florida Bar No. 0055552
acollinson@hinshawlaw.com
HINSHAW & CULBERTSON LLP
100 South Ashley Drive
Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
Attorneys for Defendant CREDIT PROTECTION ASSOCIATION, L.P.

300932028v1 0995702